UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LI QINGLONG                                                     PETITIONER

V.                                          CIVIL CASE NO. 5:26-cv-00197-DCB-BWR

RAFAEL VERGARA *Warden of Adams*                               RESPONDENT
*County Correctional Center*

## ORDER

This matter is before the Court *sua sponte*. In March 2026, Petitioner, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking his immediate release from detention by United States Immigration and Customs Enforcement (ICE). According to ICE's Online Detainee Locator System, Petitioner is no longer in ICE custody.[1]

IT IS THEREFORE ORDERED that, **on or before July 2, 2026,** Respondent shall inform the Court whether the Petition is moot because Petitioner is no longer detained.

SO ORDERED, this 25th day of June 2026.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

---

[1] Locator.ice.gov (last visited June 25, 2026).